IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF IOWA<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL EPHRAIM POTT-PEPPERMAN<br><br>Defendant. | Civil No. 4:23-cv-00106<br><br>UNITED STATES' PROPOSED TOPICS FOR APRIL 3, 2024, STATUS CONFERENCE |

Pursuant to the Court's order (Doc. 10), the United States submits this list of proposed matters to be discussed during the April 3, 2024, status conference:

- Scheduling court-sponsored mediation. The Parties renew their request for dates for court-sponsored mediation.

- Extension of expert deadlines. Plaintiffs propose a thirty-day extension of their expert disclosure deadline from April 5, 2024, until May 6, 2024. Defendant's expert disclosure deadline could then be extended from June 7, 2024, until July 8, 2024. Plaintiffs' rebuttal deadline would then hold at August 12, 2024. This short extension of deadlines will not impact the discovery deadline, dispositive motion deadline, or trial date.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/ Jason R. Lawrence*
Jason R. Lawrence
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Telephone: (515) 473-9309
Facsimile: (515) 473-9282
Email: Jason.lawrence2@usdoj.gov

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 28, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Daniel Ephraim Pott-Pepperman
P.O. Box 997
Des Moines, IA 50304

                                                */s/ Jason R. Lawrence*
                                                Jason R. Lawrence
                                                Assistant U.S. Attorney