IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNTED STATES OF AMERICA, STATE OF IOWA, <br><br> Plaintiffs, <br><br> vs. <br><br> DANIEL EPHRAIM POTT-PEPPERMAN, <br><br> Defendant. | CASE NO. 4:23-CV-00106-SHL-HCA <br><br> ORDER CANCELING ALL DEADLINES AND HEARINGS AND FOR CLOSING DOCUMENTS |

The parties reached a settlement agreement on May 8 2024, which will result in a stipulated dismissal of all issues. Accordingly, all deadlines and hearings are canceled.

Closing documents and stipulated dismissal shall be filed by August 8, 2024. If no closing documents are filed, pursuant to Local Rule 41(c) the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

DATED May 8, 2024.

_____
William P. Kelly
UNITED STATES MAGISTRATE JUDGE