FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF IOWA<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL EPHRAIM POTT-PEPPERMAN<br><br>Defendant. | Civil No. 4:23-cv-00106<br><br><br>PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE |

The United States of America and State of Iowa, through their undersigned counsel, moves the Court to dismiss this matter, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), alleging as follows:

1. The parties agreed to settle this matter at a court-sponsored settlement conference on May 8, 2024.

2. The Court ordered closing papers to be filed by August 8, 2024 (Doc. 21).

3. The Court extended the deadline for closing papers to be filed to September 6, 2024 (Doc. 23).

4. Paragraph 6 of the Terms and Conditions require the United States and State of Iowa to dismiss this matter after receipt of the first settlement payment, making defendant's payment a condition precedent to the dismissal of this matter.

5. Defendant, Dr. Pott-Pepperman, in an e-mail to the undersigned counsel has represented he has made his first payment by mailing a check to the address the undersigned provided to him, satisfying the condition precedent for dismissal of this matter.

6.	Plaintiffs are filing this motion in reliance on Dr. Pott-Pepperman's e-mail described in Paragraph 5.

WHEREFORE, Plaintiffs request the Court find that there is good cause, as set forth in this motion, to dismiss this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/Jason R. Lawrence*
Jason R. Lawrence
Assistant United States Attorney
210 Walnut Street, Suite 455
Des Moines, Iowa 50309
Telephone: (515) 473-9300
Facsimile: (515) 473-9282
Email: jason.lawrence2@usdoj.gov

AND

BRENNA BIRD
Attorney General of Iowa

/s Tricia Dieleman
Tricia Dieleman
Assistant Attorney General
321 East 12th St.
Lucas State Office Bldg. - 3rd Floor
Des Moines, IA 50319
Telephone: (515) 250-2178
Email:
Tricia.Dieleman@dia.iowa.gov
Attorney for Plaintiff – State of Iowa

3

CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:

__X__ U.S. Mail  _____ Fax  _____ Hand Delivery  __X__ ECF/Electronic filing  _____ Other means

                                                                         /s/ Jason R. Lawrence  
                                                                        Jason R. Lawrence  
                                                                        Assistant U.S. Attorney